OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

PRESORTED FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401623 AUG. 20. 2015

$ 000.27⁵

**8/17/2015**                                                                  **COA Case No. 09-14-00460-CR**

**JONES, CALVIN JR.**          Tr. Ct. No. B080617-R                **PD-1066-15**

On this day, this Court has granted the Appellant's Pro Se motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Tuesday, October 27, 2015. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

Abel Acosta, Clerk

CALVIN JONES JR.
TDC# 1961419

